UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bonnie J. Ufert<br><br>Debtor(s) | |
| Toyota Lease Trust<br><br>　　　　　　Movant<br>v.<br>Bonnie J. Ufert<br><br>　　　　　　Respondent<br>and<br>Ronda J. Winnecour, Trustee<br><br>　　　　　　Additional Respondent | BK. NO. 14-24030 CMB<br><br>CHAPTER 13 |

## ENTERED BY DEFAULT

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 27th day of November, 2017, at Pittsburgh, upon Motion of Toyota Lease Trust, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 TOYOTA RAV4, VIN:2T3BFREV7EW224790, in a commercially reasonable manner.

*Carlota M. Böhm*
United States Bankruptcy Judge    **dms**

cc: See attached service list:

FILED
11/27/17 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Bonnie J. Ufert
329 Harmony Road
PIttsburgh, PA 15237

Gary William Short Esq.
436 Seventh Avenue (VIA ECF)
2317 Koppers Building
Pittsburgh, PA 15219
gwshort@verizon.net

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 14-24030-CMB
Bonnie J. Ufert                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw           Page 1 of 1           Date Rcvd: Nov 27, 2017
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db             +Bonnie J. Ufert,    329 Harmony Road,    PIttsburgh, PA 15237-1131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
      David Neeren    on behalf of Creditor    Lakeview Loan Servicing, LLC dneeren@udren.com, vbarber@udren.com
      David Neeren    on behalf of Creditor    M&T Bank dneeren@udren.com, vbarber@udren.com
      Gary William Short    on behalf of Debtor Bonnie J. Ufert garyshortlegal@gmail.com, gwshort@verizon.net
      James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
      Martin A. Mooney    on behalf of Creditor    Toyota Lease Trust tshariff@schillerknapp.com, ahight@schillerknapp.com;kcollins@schillerknapp.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Sherri J. Braunstein    on behalf of Creditor    M&T Bank pawb@fedphe.com, sherri.braunstein@phelanhallinan.com
      Stuart P. Winneg    on behalf of Creditor    Lakeview Loan Servicing, LLC swinneg@udren.com, cblack@udren.com
                                                                                         TOTAL: 10