**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

09/16/2019

IN RE:

BONNIE J. UFERT
329 HARMONY ROAD
PITTSBURGH, PA  15237
XXX-XX-6011          Debtor(s)

Case No.14-24030 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/16/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Creditor Info |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00% <br> Court Claim Number: 6 <br><br> CLAIM: 140.57 <br> COMMENT: 2003~NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6011 |
| **CITIBANK NA(*)++** <br> 4740 121ST ST <br><br> URBANDALE, IA  50323 | Trustee Claim Number: 2   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: AVD/DOE*NT ADR/SCH*DKT*JUDGMENT | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 329 HARMONY RD PITTSBUR |
| **GE MONEY BANK/ GE CAPITAL BANK** <br> PO BOX 4571 <br><br> CAROL STREAM, IL  60197 | Trustee Claim Number: 3   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: AVD/DOE*JUDGMENT | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 329 HARMONY RD PITTSBUR |
| **LAKEVIEW LOAN SERVICING LLC** <br> M & T BANK <br> PO BOX 840 <br><br> BUFFALO, NY  14240-1840 | Trustee Claim Number: 4   INT %: 0.00% <br> Court Claim Number: 4 <br><br> CLAIM: 15,917.73 <br> COMMENT: LOAN MDF@CID 23*BGN 11/14 | CRED DESC: MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.: 6223 |
| **COLLECTION SERVICE CENTER INC** <br> 832 5TH AVE - CORPORATE OFFICE <br> POB 560 <br><br> NEW KENSINGTON, PA  15068 | Trustee Claim Number: 5   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: ALLEGHENY CLINIC 162 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: JY1L |
| **COLLECTION SERVICE CENTER INC** <br> 832 5TH AVE - CORPORATE OFFICE <br> POB 560 <br><br> NEW KENSINGTON, PA  15068 | Trustee Claim Number: 6   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: ALLEGHENY CLINIC 162 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: HZV4 |
| **COLLECTION SERVICE CENTER INC** <br> 832 5TH AVE - CORPORATE OFFICE <br> POB 560 <br><br> NEW KENSINGTON, PA  15068 | Trustee Claim Number: 7   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: ALLEGHENY CLINIC 162 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: JJYL |
| **COLLECTION SERVICE CENTER INC** <br> 832 5TH AVE - CORPORATE OFFICE <br> POB 560 <br><br> NEW KENSINGTON, PA  15068 | Trustee Claim Number: 8   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: ALLEGHENY CLINIC 162 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: HZV7 |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 12914 <br><br> NORFOLK, VA  23541 | Trustee Claim Number: 9   INT %: 0.00% <br> Court Claim Number: 7 <br><br> CLAIM: 475.13 <br> COMMENT: CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3375 |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 12914 <br><br> NORFOLK, VA  23541 | Trustee Claim Number: 10   INT %: 0.00% <br> Court Claim Number: 8 <br><br> CLAIM: 472.29 <br> COMMENT: CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0560 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055 *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE 19850-7055 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4490 |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br>COLUMBUS, OH 48216-0117 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 20.66<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0010 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 162.54<br>COMMENT: HABAND | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9029 |
| **CACH LLC/CACV/COLLECT AMERICA**<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 911.92<br>COMMENT: GE CAPITAL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9652 |
| **OHIO TWP SANITARY AUTHORITY**<br>1719 ROOSEVELT BLVD<br>PITTSBURGH, PA 15237 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6316 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 1,041.99<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9528 |
| **GECC/ LOWE'S++**<br>POB 103104<br>ROSWELL, GA 30076 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5360 |
| **WEST VIEW WATER AUTHORITY**<br>210 PERRY HIGHWAY<br>PITTSBURGH, PA 15229 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **TOYOTA LEASE TRUST**<br>C/O TOYOTA MOTOR CREDIT CORP<br>PO BOX 9490<br>CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 16,317.90<br>COMMENT: 027EW224790*PMT/PL-CLx34 REM/PL*RS/DOE*DK | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4790 |
| **LAKEVIEW LOAN SERVICING LLC**<br>M & T BANK<br>PO BOX 840<br>BUFFALO, NY 14240-1840 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 0.00<br>COMMENT: NT PROV/PL*TRIAL MOD PENDING~SEE CID-22*DK*THRU 10/14 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6223 |

**CLAIM RECORDS**

| LAKEVIEW LOAN SERVICING LLC | Trustee Claim Number:21  INT %:  0.00% | CRED DESC: Post Petition Claim (1305) |
|---|---|---|
| M & T BANK | Court Claim Number:4 | ACCOUNT NO.: 6223 |
| PO BOX 840 | CLAIM: 0.00 | |
| BUFFALO, NY  14240-1840 | COMMENT: DENIED AS MOOT/COE*164/CL*NT PROV/PL*NTC-POSTPET FEES/EXP*REF CL*W/2 | |

| LAKEVIEW LOAN SERVICING LLC | Trustee Claim Number:22  INT %:  0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
|---|---|---|
| M & T BANK | Court Claim Number:4 | ACCOUNT NO.: 6223 |
| PO BOX 840 | CLAIM: 3,536.85 | |
| BUFFALO, NY  14240-1840 | COMMENT: LOAN MDF@CID 3 | |

| LAKEVIEW LOAN SERVICING LLC | Trustee Claim Number:23  INT %:  0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
|---|---|---|
| M & T BANK | Court Claim Number:04-2 | ACCOUNT NO.: 6223 |
| PO BOX 840 | CLAIM: 0.00 | |
| BUFFALO, NY  14240-1840 | COMMENT: PMT/DECL*LOAN MOD OE~BG 06/16*DK4PMT-LMT*AMD*W/4 | |

| LAKEVIEW LOAN SERVICING LLC | Trustee Claim Number:24  INT %:  0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| M & T BANK | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 840 | CLAIM: 0.00 | |
| BUFFALO, NY  14240-1840 | COMMENT: M AND T BANK~LAKEVIEW LN SVNG/PRAE | |