**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Bonnie J. Ufert**
Debtor(s)

Bankruptcy Case No.: 14−24030−CMB

Chapter: 13
Docket No.: 126 − 125

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 23rd of December, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/6/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/19/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/6/20.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-24030-CMB
Bonnie J. Ufert                                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: dsaw                Page 1 of 2                Date Rcvd: Dec 23, 2019
                                  Form ID: 408              Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db              +Bonnie J. Ufert,    329 Harmony Road,    PIttsburgh, PA 15237-1131
13933440         ALLEGHENY CLINIC-162,    C/O COLLECTION SERVICE CENTER,    POB BUTLER 1623,    BUTLER, PA  16003
13933442        +CHASE-BP,    PO BOX 15298,    WILMINGTON, DE 19850-5298
13933443        +CITIBANK  SOUTH DAKOTA,    C/O KEN STORK, CEO,    POB 6000,    SIOUX FALLS, SD 57117-6000
13998386       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court:  Columbia Gas of Pa.,    PO Box 117,    Columbus, OH 43216)
13933444         COLUMBIA GAS OF PA,    PB 910,    SMITHFIELD, PA  15478
13933448        +GE MONEY BANK / GE CAPITAL BANK,    ATTN SCOTT ROBERTS, CEO,    POB 4571,
                 CAROL STREAM, IL 60197-4571
13933450        +OHIO TOWNSHIP SANITATION AUTHORITY,    1719 ROOSEVELT ROAD,    PITTSBURGH, PA 15237-1050
13935448        +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13933451        +PNC BANK, N.A.,    1 FINANCIAL PKWY,    KALAMAZOO, MI 49009-8002
13933453        +TOYOTA MOTOR CREDIT CO,    240 GIBRALTAR RD STE 260,    HORSHAM, PA 19044-2387
13943606         Toyota Lease Trust,    PO Box 8026,    Cedar Rapids, Iowa    52408-8026
13933454        +WEST VIEW WATER AUTHORITY,    210 PERRY HIGHWAY,    PITTSBURGH, PA 15229-1895

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13941655         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 07:53:04      CACH, LLC,
                 PO Box 10587,    Greenville SC 29603-0587
13933441         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 24 2019 07:50:03      CAP ONE,
                 PO BOX 85520,    RICHMOND, VA  23285
13933445        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 24 2019 08:26:48      COMENITYCAPITAL/HABAND,
                 4590 E BROAD ST,    COLUMBUS, OH 43213-1301
13933446        +E-mail/Text: kburkley@bernsteinlaw.com Dec 24 2019 08:28:05      DUQUESNE LIGHT COMPANY,
                 PAYMENT PROCESSING CENTER,    PITTSBURGH, PA 15267-0001
13987487        +E-mail/Text: kburkley@bernsteinlaw.com Dec 24 2019 08:28:05      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13933447        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 07:53:03
                 GE CAPITAL RETAIL BA,    C/O CACH,LLC,    4340 S. MONACO ST. UNIT 2,    DENVER, CO 80237-3485
13933449         E-mail/Text: camanagement@mtb.com Dec 24 2019 08:26:46      M & T BANK,    1 FOUNTAIN PLZ,
                 BUFFALO, NY  14203
13952997         E-mail/Text: camanagement@mtb.com Dec 24 2019 08:26:46      M & T Bank,    P.O. Box 840,
                 Buffalo, NY 14240 - 0840
13994010         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2019 07:55:54
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13965796         E-mail/Text: bnc-quantum@quantum3group.com Dec 24 2019 08:26:59
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13933452        +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 07:55:42      SYNCB/LOWES DC,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Lakeview Loan Servicing, LLC
cr              M&T Bank
cr              Toyota Lease Trust
cr              Toyota Lease Trust
                                                                                              TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dsaw              Page 2 of 2              Date Rcvd: Dec 23, 2019
                              Form ID: 408            Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
```
              David   Neeren    on behalf of Creditor    M&T Bank dneeren@rasnj.com
              David   Neeren    on behalf of Creditor    Lakeview Loan Servicing, LLC dneeren@rasnj.com
              Gary William Short    on behalf of Debtor Bonnie J. Ufert garyshortlegal@gmail.com,
               gwshort@verizon.net
              James   Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Martin A. Mooney    on behalf of Creditor    Toyota Lease Trust kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    Lakeview Loan Servicing, LLC swinneg@udren.com,
               cblack@udren.com
                                                                                               TOTAL: 11
```