**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BONNIE J. UFERT<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-24030<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/03/2014 and confirmed on 12/1/14. The case was subsequently      Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 105,001.00 |
| Less Refunds to Debtor | 74.72 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,926.28 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 12,941.00 | |
|    Trustee Fee | 4,314.95 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 17,255.95 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 15,917.73 | 15,917.73 | 0.00 | 15,917.73 |
|     Acct: 6223 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 3,536.85 | 3,536.85 | 0.00 | 3,536.85 |
|     Acct: 6223 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 50,124.05 | 0.00 | 50,124.05 |
|     Acct: 6223 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6223 | | | | |
| | | | | 69,578.63 |
| **Priority** | | | | |
|   GARY W SHORT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONNIE J. UFERT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONNIE J. UFERT | 74.72 | 74.72 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY W SHORT ESQ | 3,811.00 | 3,811.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY W SHORT ESQ | 9,130.00 | 9,130.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX6-17 | | | | |
|   TOYOTA LEASE TRUST | 16,317.90 | 16,317.90 | 0.00 | 16,317.90 |
|     Acct: 4790 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6223 | | | | |
| | | | | 16,317.90 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 140.57 | 77.31 | 0.00 | 77.31 |
|     Acct: 6011 | | | | |
|   CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXURGH | | | | |
|   GE MONEY BANK/ GE CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXURGH | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |

14-24030 Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: JY1L | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: HZV4 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: JJYL | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: HZV7 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 475.13 | 261.32 | 0.00 | 261.32 |
| Acct: 3375 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 472.29 | 259.76 | 0.00 | 259.76 |
| Acct: 0560 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4490 | | | | |
| COLUMBIA GAS OF PA INC(*) | 20.66 | 11.36 | 0.00 | 11.36 |
| Acct: 0010 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 162.54 | 89.40 | 0.00 | 89.40 |
| Acct: 9029 | | | | |
| CACH LLC/CACV/COLLECT AMERICA | 911.92 | 501.56 | 0.00 | 501.56 |
| Acct: 9652 | | | | |
| OHIO TWP SANITARY AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6316 | | | | |
| PNC BANK NA | 1,041.99 | 573.09 | 0.00 | 573.09 |
| Acct: 9528 | | | | |
| GECC/ LOWE'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5360 | | | | |
| WEST VIEW WATER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,773.80 |

TOTAL PAID TO CREDITORS                                                                87,670.33

TOTAL
CLAIMED          16,317.90
PRIORITY         19,454.58
SECURED           3,225.10

Date: 12/23/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BONNIE J. UFERT

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:14-24030

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                          BY THE COURT:

                                                          U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 14-24030-CMB
Bonnie J. Ufert                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 2              Date Rcvd: Dec 23, 2019
                              Form ID: pdf900         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db             +Bonnie J. Ufert,    329 Harmony Road,    PIttsburgh, PA 15237-1131
13933440        ALLEGHENY CLINIC-162,    C/O COLLECTION SERVICE CENTER,    POB BUTLER 1623,    BUTLER, PA  16003
13933442       +CHASE-BP,    PO BOX 15298,    WILMINGTON, DE 19850-5298
13933443       +CITIBANK  SOUTH DAKOTA,    C/O KEN STORK, CEO,    POB 6000,    SIOUX FALLS, SD 57117-6000
13998386      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court:  Columbia Gas of Pa.,    PO Box 117,    Columbus, OH 43216)
13933444        COLUMBIA GAS OF PA,    PB 910,    SMITHFIELD, PA  15478
13933448       +GE MONEY BANK / GE CAPITAL BANK,    ATTN SCOTT ROBERTS, CEO,    POB 4571,
                CAROL STREAM, IL 60197-4571
13933450       +OHIO TOWNSHIP SANITATION AUTHORITY,    1719 ROOSEVELT ROAD,    PITTSBURGH, PA 15237-1050
13935448       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13933451       +PNC BANK, N.A.,    1 FINANCIAL PKWY,    KALAMAZOO, MI 49009-8002
13933453       +TOYOTA MOTOR CREDIT CO,    240 GIBRALTAR RD STE 260,    HORSHAM, PA 19044-2387
13943606        Toyota Lease Trust,    PO Box 8026,    Cedar Rapids, Iowa   52408-8026
13933454       +WEST VIEW WATER AUTHORITY,    210 PERRY HIGHWAY,    PITTSBURGH, PA 15229-1895

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13941655        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 07:50:25      CACH, LLC,
                PO Box 10587,    Greenville SC 29603-0587
13933441        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 24 2019 07:50:04      CAP ONE,
                PO BOX 85520,    RICHMOND, VA  23285
13933445       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 24 2019 08:26:48     COMENITYCAPITAL/HABAND,
                4590 E BROAD ST,    COLUMBUS, OH 43213-1301
13933446       +E-mail/Text: kburkley@bernsteinlaw.com Dec 24 2019 08:28:06     DUQUESNE LIGHT COMPANY,
                PAYMENT PROCESSING CENTER,    PITTSBURGH, PA 15267-0001
13987487       +E-mail/Text: kburkley@bernsteinlaw.com Dec 24 2019 08:28:06     Duquesne Light Company,
                c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
13933447       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 07:50:22
                GE CAPITAL RETAIL BA,    C/O CACH,LLC,    4340 S. MONACO ST. UNIT 2,    DENVER, CO 80237-3485
13933449        E-mail/Text: camanagement@mtb.com Dec 24 2019 08:26:46      M & T BANK,    1 FOUNTAIN PLZ,
                BUFFALO, NY  14203
13952997        E-mail/Text: camanagement@mtb.com Dec 24 2019 08:26:46      M & T Bank,    P.O. Box 840,
                Buffalo, NY 14240 - 0840
13994010        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2019 07:52:55
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13965796        E-mail/Text: bnc-quantum@quantum3group.com Dec 24 2019 08:27:00
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13933452       +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 07:52:45      SYNCB/LOWES DC,    PO BOX 965005,
                ORLANDO, FL 32896-5005
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Lakeview Loan Servicing, LLC
cr              M&T Bank
cr              Toyota Lease Trust
cr              Toyota Lease Trust
                                                                                   TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2            User: dsaw              Page 2 of 2             Date Rcvd: Dec 23, 2019
                                Form ID: pdf900         Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
              David    Neeren     on behalf of Creditor    M&T Bank dneeren@rasnj.com
              David    Neeren     on behalf of Creditor    Lakeview Loan Servicing, LLC dneeren@rasnj.com
              Gary William Short    on behalf of Debtor Bonnie J. Ufert garyshortlegal@gmail.com,
               gwshort@verizon.net
              James    Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Martin A. Mooney     on behalf of Creditor    Toyota Lease Trust kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    Lakeview Loan Servicing, LLC swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 11
```