**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
BONNIE J. UFERT

    Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:14-24030

Chapter 13

Document No.: 125

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___10th___ day of __February__, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
2/10/20 1:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm                    dmk
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-24030-CMB
Bonnie J. Ufert                                                                 Chapter 13
        Debtor                       **CERTIFICATE OF NOTICE**

District/off: 0315-2          User: agro                   Page 1 of 2                 Date Rcvd: Feb 10, 2020
                              Form ID: pdf900              Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2020.
db          +Bonnie J. Ufert,    329 Harmony Road,   PIttsburgh, PA 15237-1131
13933440     ALLEGHENY CLINIC-162,    C/O COLLECTION SERVICE CENTER,   POB BUTLER 1623,   BUTLER, PA  16003
13933442    +CHASE-BP,    PO BOX 15298,   WILMINGTON, DE 19850-5298
13933443    +CITIBANK  SOUTH DAKOTA,    C/O KEN STORK, CEO,   POB 6000,   SIOUX FALLS, SD 57117-6000
13998386    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
             (address filed with court:   Columbia Gas of Pa.,    PO Box 117,   Columbus, OH 43216)
13933444     COLUMBIA GAS OF PA,    PB 910,   SMITHFIELD, PA  15478
13933448    +GE MONEY BANK / GE CAPITAL BANK,    ATTN SCOTT ROBERTS, CEO,   POB 4571,
             CAROL STREAM, IL 60197-4571
13933450    +OHIO TOWNSHIP SANITATION AUTHORITY,    1719 ROOSEVELT ROAD,   PITTSBURGH, PA 15237-1050
13935448    +PNC BANK, N.A.,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13933451    +PNC BANK, N.A.,    1 FINANCIAL PKWY,   KALAMAZOO, MI 49009-8002
13933453    +TOYOTA MOTOR CREDIT CO,    240 GIBRALTAR RD STE 260,   HORSHAM, PA 19044-2387
13943606     Toyota Lease Trust,    PO Box 8026,   Cedar Rapids, Iowa   52408-8026
13933454    +WEST VIEW WATER AUTHORITY,    210 PERRY HIGHWAY,   PITTSBURGH, PA 15229-1895

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13941655     E-mail/PDF: resurgentbknotifications@resurgent.com Feb 11 2020 03:20:09     CACH, LLC,
              PO Box 10587,   Greenville SC 29603-0587
13933441     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 11 2020 03:20:03     CAP ONE,
              PO BOX 85520,   RICHMOND, VA  23285
13933445    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 11 2020 03:29:28     COMENITYCAPITAL/HABAND,
              4590 E BROAD ST,   COLUMBUS, OH 43213-1301
13933446    +E-mail/Text: kburkley@bernsteinlaw.com Feb 11 2020 03:30:17     DUQUESNE LIGHT COMPANY,
              PAYMENT PROCESSING CENTER,    PITTSBURGH, PA 15267-0001
13987487    +E-mail/Text: kburkley@bernsteinlaw.com Feb 11 2020 03:30:17     Duquesne Light Company,
              c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
13933447    +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 11 2020 03:20:09
              GE CAPITAL RETAIL BA,    C/O CACH,LLC,   4340 S. MONACO ST. UNIT 2,   DENVER, CO 80237-3485
13933449     E-mail/Text: camanagement@mtb.com Feb 11 2020 03:29:24     M & T BANK,   1 FOUNTAIN PLZ,
              BUFFALO, NY  14203
13952997     E-mail/Text: camanagement@mtb.com Feb 11 2020 03:29:24     M & T Bank,   P.O. Box 840,
              Buffalo, NY 14240 - 0840
13994010     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 03:21:07
              Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13965796     E-mail/Text: bnc-quantum@quantum3group.com Feb 11 2020 03:29:31
              Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13933452    +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 03:21:00     SYNCB/LOWES DC,   PO BOX 965005,
              ORLANDO, FL 32896-5005
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Lakeview Loan Servicing, LLC
cr              M&T Bank
cr              Toyota Lease Trust
cr              Toyota Lease Trust
                                                                                               TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                               Signature:   /s/Joseph Speetjens

```
District/off: 0315-2           User: agro                  Page 2 of 2                   Date Rcvd: Feb 10, 2020
                               Form ID: pdf900             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2020 at the address(es) listed below:
              David   Neeren    on behalf of Creditor    M&T Bank dneeren@rasnj.com
              David   Neeren    on behalf of Creditor    Lakeview Loan Servicing, LLC dneeren@rasnj.com
              Gary William Short    on behalf of Debtor Bonnie J. Ufert garyshortlegal@gmail.com,
               gwshort@verizon.net
              James   Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Martin A. Mooney    on behalf of Creditor    Toyota Lease Trust kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    Lakeview Loan Servicing, LLC swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 11
```